| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email<br><br>Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle, Suite 100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br><br>Dylan E Bartlett<br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: Chapter 7<br><br>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/20/22      Dylan E Bartlett      /s/ Dylan E Bartlett
                    Printed name of Debtor 1    Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                        Printed name of Debtor 2    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

# FERGUSON

Ferguson Enterprises, LLC    12500 Jefferson Avenue Newport News, VA 23602    +1 757-874-7795
Dylan Bartlett    11882 Bryant St Yucaipa, CA 92399

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dylan Bartlett | Ferguson Enterprises, LLC | 1022883 | 08/06/2022 | 08/19/2022 | 08/26/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 69.44 | 2,036.63 | 0.00 | 375.61 | 98.01 | 1,563.01 |
| YTD | 1,190.61 | 31,890.44 | 191.43 | 4,531.27 | 2,282.91 | 24,884.83 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| CA Sick Hourly | 08/06/2022 - 08/12/2022 | 8 | 23.1 | 184.80 | 32 | 738.80 |
| DC Incentive Pay | | 0 | | 0 | | 49.63 |
| Floating Holiday | | 0 | | | 16 | 369.60 |
| Holiday Pay | | 0 | | | 32 | 730.40 |
| Overtime FLSA Half | 08/06/2022 - 08/12/2022 | 0.543611 | 11.55 | 6.28 | | |
| Overtime FLSA Half | 08/13/2022 - 08/19/2022 | 4.9 | 11.55 | 56.60 | 64.855834 | 742.86 |
| Overtime | 08/06/2022 - 08/12/2022 | 0.543611 | 23.1 | 12.56 | | |
| Overtime | 08/13/2022 - 08/19/2022 | 4.9 | 23.1 | 113.19 | 64.855834 | 1,477.08 |
| Personal | | | 0 | | 24 | 554.40 |
| Regular | 08/06/2022 - 08/12/2022 | 32 | 23.1 | 739.20 | | |
| Regular | 08/13/2022 - 08/19/2022 | 32 | 23.1 | 739.20 | 1125.753888 | 25,648.02 |
| Vacation | 08/13/2022 - 08/19/2022 | 8 | 23.1 | 184.80 | 69.38 | 1,579.65 |
| Earnings | | | | 2,036.63 | | 31,890.44 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 126.27 | 1,972.42 |
| Medicare | 29.53 | 461.29 |
| Federal Withholding | 138.26 | 922.69 |
| State Tax - CA | 59.14 | 824.07 |
| CA SDI - CASDI | 22.41 | 350.80 |
| Associate Taxes | 375.61 | 4,531.27 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K | | 114.07 |
| Dental - Before Tax | | 7.06 |
| Medical - Before Tax | | 70.30 |
| Pre Tax Deductions | 0.00 | 191.43 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (Loan 3) | | 348.60 |
| 401k Loan (Loan 4) | 33.47 | 568.99 |
| 401k Loan (Loan 5) | 36.85 | 110.55 |
| Union Dues (3 - Flat Amount 1) | 27.69 | 350.77 |
| Union Dues (Conversion Flat Amount) | | 904.00 |
| Post Tax Deductions | 98.01 | 2,282.91 |

### ER Paid Benefits/Taxable Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Employer Match | | 79.85 |
| Basic AD&D | | 0.32 |
| Basic LIfe Insurance - ER | | 1.30 |
| Basic Life Insurance - Tax | | 0.11 |
| Dental - ER | | 6.68 |
| Long Term Disability - ER | | 2.49 |
| Medical - ER | | 205.87 |
| Short Term Disability - ER | | 7.65 |
| ER Paid Benefits/Taxable Benefits | 0.00 | 304.27 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,036.63 | 31,813.19 |
| Medicare - Taxable Wages | 2,036.63 | 31,813.19 |
| Federal Withholding - Taxable Wages | 2,036.63 | 31,699.12 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 2 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday Plan | 0 | 0 | 0 |
| Personal Plan | 0 | 0 | 0 |
| Sick Plan | 0 | 8 | 8 |
| Vacation | 4.96 | 8 | 13.92 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK ******6607 | ******6607 | | 1,463.01 | USD |
| ScholarShare 529 | Charlotte Savings | ******8846 | | 50.00 | USD |
| ScholarShare 529 | Penelope Savings | ******8846 | | 50.00 | USD |

# FERGUSON

Ferguson Enterprises, LLC    12500 Jefferson Avenue Newport News, VA 23602    +1 757-874-7795
Dylan Bartlett    11882 Bryant St Yucaipa, CA 92399

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dylan Bartlett | Ferguson Enterprises, LLC | 1022883 | 08/20/2022 | 09/02/2022 | 09/09/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.04 | 1,854.43 | 0.00 | 325.76 | 98.01 | 1,430.66 |
| YTD | 1,270.65 | 33,744.87 | 191.43 | 4,857.03 | 2,380.92 | 26,315.49 |

| Earnings | | | | | | | Associate Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| CA Sick Hourly | | | | 0 | 32 | 738.80 | OASDI | 114.97 | 2,087.39 |
| DC Incentive Pay | | | | 0 | 0 | 49.63 | Medicare | 26.89 | 488.18 |
| Floating Holiday | | | | 0 | 16 | 369.60 | Federal Withholding | 116.40 | 1,039.09 |
| Holiday Pay | | | | 0 | 32 | 730.40 | State Tax - CA | 47.11 | 871.18 |
| Overtime FLSA Hall | 08/20/2022 - 08/26/2022 | 0.157778 | 11.55 | 1.83 | | | CA SDI - CASDI | 20.39 | 371.19 |
| Overtime FLSA Hall | 08/27/2022 - 09/02/2022 | 0.310555 | 11.55 | 3.59 | 65.324167 | 748.28 | | | |
| Overtime | 08/20/2022 - 08/26/2022 | 0.157778 | 23.1 | 3.65 | | | | | |
| Overtime | 08/27/2022 - 09/02/2022 | 0.310555 | 23.1 | 7.18 | 65.324167 | 1,487.91 | | | |
| Personal | | | | 0 | 24 | 554.40 | | | |
| Regular | 08/20/2022 - 08/26/2022 | 39.60583 | 23.1 | 914.90 | | | | | |
| Regular | 08/27/2022 - 09/02/2022 | 39.96861 | 23.1 | 923.28 | 1205.328332 | 27,486.20 | | | |
| Vacation | | | | 0 | 69.38 | 1,579.65 | | | |
| Earnings | | | | 1,854.43 | | 33,744.87 | Associate Taxes | 325.76 | 4,857.03 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K | | 114.07 | 401k Loan (Loan 3) | | 348.60 |
| Dental - Before Tax | | 7.06 | 401k Loan (Loan 4) | 33.47 | 602.46 |
| Medical - Before Tax | | 70.30 | 401k Loan (Loan 5) | 36.85 | 147.40 |
| | | | Union Dues (3 - Flat Amount 1) | 27.69 | 378.46 |
| | | | Union Dues (Conversion Flat Amount) | | 904.00 |
| Pre Tax Deductions | 0.00 | 191.43 | Post Tax Deductions | 98.01 | 2,380.92 |

| ER Paid Benefits/Taxable Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | | 79.85 | OASDI - Taxable Wages | 1,854.43 | 33,667.62 |
| Basic AD&D | | 0.32 | Medicare - Taxable Wages | 1,854.43 | 33,667.62 |
| Basic LIfe Insurance - ER | | 1.30 | Federal Withholding - Taxable Wages | 1,854.43 | 33,553.55 |
| Basic Life Insurance - Tax | | 0.11 | | | |
| Dental - ER | | 6.68 | | | |
| Long Term Disability - ER | | 2.49 | | | |
| Medical - ER | | 205.87 | | | |
| Short Term Disability - ER | | 7.65 | | | |
| ER Paid Benefits/Taxable Benefits | 0.00 | 304.27 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Reduced | Available |
| | | | Floating Holiday Plan | 0 | 0 | 0 |
| Allowances | 0 | 2 | Personal Plan | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | Sick Plan | 0 | 0 | 8 |
| | | | Vacation | 4.64 | 0 | 18.56 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK ******6607 | ******6607 | | 1,330.66 | USD |
| ScholarShare 529 | Charlotte Savings | ******8846 | | 50.00 | USD |
| ScholarShare 529 | Penelope Savings | ******8846 | | 50.00 | USD |

# FERGUSON

Ferguson Enterprises, LLC    12500 Jefferson Avenue Newport News, VA 23602    +1 757-874-7795
Dylan Bartlett    11882 Bryant St Yucaipa, CA 92399

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dylan Bartlett | Ferguson Enterprises, LLC | 1022883 | 09/03/2022 | 09/16/2022 | 09/23/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 56.49 | 1,865.09 | 0.00 | 328.69 | 98.01 | 1,438.39 |
| YTD | 1,327.14 | 35,609.96 | 191.43 | 5,185.72 | 2,478.93 | 27,753.88 |

| Earnings | | | | | | | Associate Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| CA Sick Hourly | 09/03/2022 - 09/09/2022 | 8 | 23.1 | 184.80 | 40 | 923.60 | OASDI | 115.64 | 2,203.03 |
| DC Incentive Pay | | | 0 | | 0 | 49.63 | Medicare | 27.04 | 515.22 |
| Floating Holiday | | | 0 | | 16 | 369.60 | Federal Withholding | 117.68 | 1,156.77 |
| Holiday Pay | 09/03/2022 - 09/09/2022 | 8 | 23.1 | 184.80 | 40 | 915.20 | State Tax - CA | 47.81 | 918.99 |
| Overtime FLSA Half | 09/03/2022 - 09/09/2022 | 0.085556 | 11.55 | 0.99 | | | CA SDI - CASDI | 20.52 | 391.71 |
| Overtime FLSA Half | 09/10/2022 - 09/16/2022 | 0.414444 | 11.55 | 4.79 | 65.824167 | 754.06 | | | |
| Overtime | 09/03/2022 - 09/09/2022 | 0.085556 | 23.1 | 1.98 | | | | | |
| Overtime | 09/10/2022 - 09/16/2022 | 0.414444 | 23.1 | 9.58 | 65.824167 | 1,499.47 | | | |
| Personal | | | 0 | | 24 | 554.40 | | | |
| Regular | 09/03/2022 - 09/09/2022 | 15.99333 | 23.1 | 369.45 | | | | | |
| Regular | 09/10/2022 - 09/16/2022 | 39.99555 | 23.1 | 923.90 | 1261.31722 | 28,779.55 | | | |
| Vacation | 09/03/2022 - 09/09/2022 | 8 | 23.1 | 184.80 | 77.38 | 1,764.45 | | | |
| Earnings | | | | 1,865.09 | | 35,609.96 | Associate Taxes | 328.69 | 5,185.72 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K | | 114.07 | 401k Loan (Loan 3) | | 348.60 |
| Dental - Before Tax | | 7.06 | 401k Loan (Loan 4) | 33.47 | 635.93 |
| Medical - Before Tax | | 70.30 | 401k Loan (Loan 5) | 36.85 | 184.25 |
| | | | Union Dues (3 - Flat Amount 1) | 27.69 | 406.15 |
| | | | Union Dues (Conversion Flat Amount) | | 904.00 |
| Pre Tax Deductions | 0.00 | 191.43 | Post Tax Deductions | 98.01 | 2,478.93 |

| ER Paid Benefits/Taxable Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | | 79.85 | OASDI - Taxable Wages | 1,865.09 | 35,532.71 |
| Basic AD&D | | 0.32 | Medicare - Taxable Wages | 1,865.09 | 35,532.71 |
| Basic LIfe Insurance - ER | | 1.30 | Federal Withholding - Taxable Wages | 1,865.09 | 35,418.64 |
| Basic Life Insurance - Tax | | 0.11 | | | |
| Dental - ER | | 6.68 | | | |
| Long Term Disability - ER | | 2.49 | | | |
| Medical - ER | | 205.87 | | | |
| Short Term Disability - ER | | 7.65 | | | |
| ER Paid Benefits/Taxable Benefits | 0.00 | 304.27 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Reduced | Available |
| | | | Floating Holiday Plan | 0 | 0 | 0 |
| Allowances | 0 | 2 | Personal Plan | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | Sick Plan | 0 | 8 | 0 |
| | | | Vacation | 4.67 | 8 | 15.23 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK ******6607 | ******6607 | | 1,338.39 | USD |
| ScholarShare 529 | Charlotte Savings | ******8846 | | 50.00 | USD |
| ScholarShare 529 | Penelope Savings | ******8846 | | 50.00 | USD |

# FERGUSON

Ferguson Enterprises, LLC    12500 Jefferson Avenue Newport News, VA 23602    +1 757-874-7795
Dylan Bartlett    11882 Bryant St Yucaipa, CA 92399

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dylan Bartlett | Ferguson Enterprises, LLC | 1022883 | 09/17/2022 | 09/30/2022 | 10/07/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 77.31 | 2,032.11 | 0.00 | 374.37 | 98.01 | 1,559.73 |
| YTD | 1,404.45 | 37,642.07 | 191.43 | 5,560.09 | 2,576.94 | 29,313.61 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| CA Sick Hourly | | | 0 | | 40 | 923.60 |
| DC Incentive Pay | | | 0 | | 0 | 49.63 |
| Floating Holiday | | | 0 | | 16 | 369.60 |
| Holiday Pay | | | 0 | | 40 | 915.20 |
| Overtime FLSA Hal | 09/17/2022 - 09/23/2022 | 5.059444 | 11.55 | 58.44 | | |
| Overtime FLSA Hal | 09/24/2022 - 09/30/2022 | 0.253611 | 11.55 | 2.93 | 71.137222 | 815.43 |
| Overtime | 09/17/2022 - 09/23/2022 | 5.059444 | 23.1 | 116.88 | | |
| Overtime | 09/24/2022 - 09/30/2022 | 0.253611 | 23.1 | 5.86 | 71.137222 | 1,622.21 |
| Personal | | | 0 | | 24 | 554.40 |
| Regular | 09/17/2022 - 09/23/2022 | 32 | 23.1 | 739.20 | | |
| Regular | 09/24/2022 - 09/30/2022 | 40 | 23.1 | 924.00 | 1333.31722 | 30,442.75 |
| Vacation | 09/17/2022 - 09/23/2022 | 8 | 23.1 | 184.80 | 85.38 | 1,949.25 |
| Earnings | | | | 2,032.11 | | 37,642.07 |

## Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 125.99 | 2,329.02 |
| Medicare | 29.47 | 544.69 |
| Federal Withholding | 137.72 | 1,294.49 |
| State Tax - CA | 58.84 | 977.83 |
| CA SDI - CASDI | 22.35 | 414.06 |
| Associate Taxes | 374.37 | 5,560.09 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K | | 114.07 |
| Dental - Before Tax | | 7.06 |
| Medical - Before Tax | | 70.30 |
| Pre Tax Deductions | 0.00 | 191.43 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (Loan 3) | | 348.60 |
| 401k Loan (Loan 4) | 33.47 | 669.40 |
| 401k Loan (Loan 5) | 36.85 | 221.10 |
| Union Dues (3 - Flat Amount 1) | 27.69 | 433.84 |
| Union Dues (Conversion Flat Amount) | | 904.00 |
| Post Tax Deductions | 98.01 | 2,576.94 |

## ER Paid Benefits/Taxable Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Employer Match | | 79.85 |
| Basic AD&D | | 0.32 |
| Basic LIfe Insurance - ER | | 1.30 |
| Basic Life Insurance - Tax | | 0.11 |
| Dental - ER | | 6.68 |
| Long Term Disability - ER | | 2.49 |
| Medical - ER | | 205.87 |
| Short Term Disability - ER | | 7.65 |
| ER Paid Benefits/Taxable Benefits | 0.00 | 304.27 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,032.11 | 37,564.82 |
| Medicare - Taxable Wages | 2,032.11 | 37,564.82 |
| Federal Withholding - Taxable Wages | 2,032.11 | 37,450.75 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 2 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday Plan | 0 | 0 | 0 |
| Personal Plan | 0 | 0 | 0 |
| Sick Plan | 0 | 0 | 0 |
| Vacation | 4.95 | 8 | 12.18 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK ******6607 | ******6607 | | 1,459.73 | USD |
| ScholarShare 529 | Charlotte Savings | ******8846 | | 50.00 | USD |
| ScholarShare 529 | Penelope Savings | ******8846 | | 50.00 | USD |

# FERGUSON

Ferguson Enterprises, LLC    12500 Jefferson Avenue Newport News, VA 23602    +1 757-874-7795
Dylan Bartlett    11882 Bryant St Yucaipa, CA 92399

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dylan Bartlett | Ferguson Enterprises, LLC | 1022883 | 10/01/2022 | 10/14/2022 | 10/21/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.16 | 1,780.31 | 0.00 | 198.00 | 98.01 | 1,484.30 |
| YTD | 1,476.62 | 39,422.38 | 191.43 | 5,758.09 | 2,674.95 | 30,797.91 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| CA Sick Hourly | | | 0 | | 40 | 923.60 |
| DC Incentive Pay | | | 0 | | 0 | 49.63 |
| Floating Holiday | | | 0 | | 16 | 369.60 |
| Holiday Pay | | | 0 | | 40 | 915.20 |
| Overtime FLSA Half | 10/01/2022 - 10/07/2022 | 0.205554 | 11.55 | 2.38 | | |
| Overtime FLSA Half | 10/08/2022 - 10/14/2022 | 0.406112 | 11.55 | 4.70 | 71.748888 | 822.51 |
| Overtime | 10/01/2022 - 10/07/2022 | 0.205554 | 23.1 | 4.75 | | |
| Overtime | 10/08/2022 - 10/14/2022 | 0.406112 | 23.1 | 9.39 | 71.748888 | 1,636.35 |
| Personal | | | 0 | | 24 | 554.40 |
| Regular | 10/01/2022 - 10/07/2022 | 36.17972 | 23.1 | 835.76 | | |
| Regular | 10/08/2022 - 10/14/2022 | 35.37083 | 23.1 | 817.07 | 1404.867776 | 32,095.58 |
| Vacation | 10/08/2022 - 10/14/2022 | 4.6 | 23.1 | 106.26 | 89.98 | 2,055.51 |
| Earnings | | | | 1,780.31 | | 39,422.38 |

## Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 110.38 | 2,439.40 |
| Medicare | 25.81 | 570.50 |
| Federal Withholding | 0.00 | 1,294.49 |
| State Tax - CA | 42.22 | 1,020.05 |
| CA SDI - CASDI | 19.59 | 433.65 |
| Associate Taxes | 198.00 | 5,758.09 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K | | 114.07 |
| Dental - Before Tax | | 7.06 |
| Medical - Before Tax | | 70.30 |
| Pre Tax Deductions | 0.00 | 191.43 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (Loan 3) | | 348.60 |
| 401k Loan (Loan 4) | 33.47 | 702.87 |
| 401k Loan (Loan 5) | 36.85 | 257.95 |
| Union Dues (3 - Flat Amount 1) | 27.69 | 461.53 |
| Union Dues (Conversion Flat Amount) | | 904.00 |
| Post Tax Deductions | 98.01 | 2,674.95 |

## ER Paid Benefits/Taxable Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Employer Match | | 79.85 |
| Basic AD&D | | 0.32 |
| Basic LIfe Insurance - ER | | 1.30 |
| Basic Life Insurance - Tax | | 0.11 |
| Dental - ER | | 6.68 |
| Long Term Disability - ER | | 2.49 |
| Medical - ER | | 205.87 |
| Short Term Disability - ER | | 7.65 |
| ER Paid Benefits/Taxable Benefits | 0.00 | 304.27 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,780.31 | 39,345.13 |
| Medicare - Taxable Wages | 1,780.31 | 39,345.13 |
| Federal Withholding - Taxable Wages | 1,780.31 | 39,231.06 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 2 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday Plan | 0 | 0 | 0 |
| Personal Plan | 0 | 0 | 0 |
| Sick Plan | 0 | 0 | 0 |
| Vacation | 4.45 | 4.6 | 12.03 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | WASHINGTON MUTUAL BANK ******6607 | ******6607 | | 1,384.30 | USD |
| ScholarShare 529 | Charlotte Savings | ******8846 | | 50.00 | USD |
| ScholarShare 529 | Penelope Savings | ******8846 | | 50.00 | USD |