Certificate Number: 14912-CAC-DE-037097442

Bankruptcy Case Number: 22-13954



14912-CAC-DE-037097442

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 10, 2023, at 5:03 o'clock PM EST, Dylan Bartlett completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   January 10, 2023          By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title:  Counselor