| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951.290.2827<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☑ *Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| Name of Debtor(s) listed on the bankruptcy case:<br><br>**DYLAN E. BARTLETT** | CASE NO: 6:22-bk-13954-WJ<br>CHAPTER: 7<br><br>**CHANGE OF MAILING ADDRESS** |
|---|---|

1. This change of mailing address is requested by   ☑ Debtor   ☐ Joint-Debtor   ☐ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   - Name(s): **Dylan E. Bartlett**
   - Mailing Address: **11882 Bryant St**
   - City, State, Zip Code: **Yucaipa, CA 92399-3815**

3. **New Address:**
   - Mailing Address: **10601 Diana Ave Apt 425**
   - City, State, Zip Code: **Riverside, CA 92505-1964**

4. ☑ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number: _____

   Joint Debtor's DeBN account number: _____

Date:   **1/7/2023**         **Dylan E. Bartlett**
                             Requestor's printed name(s)

                             */s/ [signature]*
                             Requestor's signature(s)

                             Title (if applicable, of corporate officer, partner, or agent)

---

This form in mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                   Page 1                          F 1002-1.3.CHANGE.ADDRESS